# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ANDREW J. DAVISON, | ) Case No. 1:24-cv-01076 |
| Plaintiff, | ) |
| | ) Judge J. Philip Calabrese |
| v. | ) |
| | ) Magistrate Judge Jonathan D. |
| | ) Greenberg |
| CITY OF LORAIN, et al., | ) |
| Defendants. | ) |

## JUDGMENT

The Court filed its Opinion and Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: October 15, 2024

J. Philip Calabrese
United States District Judge
Northern District of Ohio